```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 14738
   ROBERT PATTERSON
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-5194


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/15/07 .

   2.  The case was dismissed without confirmation, 10/05/2007.

---------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                          PAID          PAID
---------------------------------------------------------------------------

       Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00         .00           .00
PRINCIPAL PAID          .00        .00         .00         .00           .00
INTEREST PAID           .00        .00         .00         .00           .00
TOTAL PAID              .00        .00         .00         .00           .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $      .00
and was paid $       .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .




   Dated: 01/14/08                /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
CASE NO. 07 B 14738 ROBERT PATTERSON
```